UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PSPC, Inc,

     Plaintiff,

v.                                    Case No.  6:13-cv-249-Orl-37TBS

Sogeval Laboratories, Inc.,

     Defendant.

_____

ORDER

This trademark dispute comes before the Court on the parties' Joint Redaction Request (Doc. 43).  By Court order, on August 28, 2013, the parties participated in a settlement conference before a magistrate judge.  (Doc. 35).  The settlement conference was intended to be a confidential proceeding.  The only parts of the conference that were not conducted off the record were the magistrate judge's introductory remarks and the memorialization of the terms of the settlement negotiated by the parties.  (Doc. 40).  One of the terms upon which the parties agreed was that their settlement would be confidential.  Now, they seek to redact the terms of their settlement agreement from the transcript of the settlement conference.

The parties have shown good cause to maintain the confidentiality of their settlement agreement.  The settlement conference was intended to be confidential.  If parties cannot rely on that confidentiality being maintained, then it would impair the Court's ability to conduct meaningful settlement conferences in the future and it would harm these parties' legitimate privacy interests.  Accordingly, the motion is GRANTED

and the court reporter is ORDERED to REDACT the following information from the

official transcript filed and docketed in the case:

| Page | Lines |
|------|-------|
| 12 | 10-25 |
| 13 | 1-25 |
| 14 | 1-25 |
| 15 | 1-25 |
| 16 | 1-25 |
| 17 | 1-20 |

IT IS SO ORDERED.

DONE AND ORDERED in Orlando, Florida, on September 19, 2013.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:

All Counsel
Official Court Reporter